PROB 12B
(7/93)

Report Date: December 3, 2010

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 3 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elix Jermaine Wade            Case Number: 2:06CR06020-001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 03/01/2007            Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)            Date Supervision *is to* Commence: 12/30/2010

Original Sentence: Prison - 63 months; TSR - 36 months            Date Supervision Expires: 12/29/2013

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 60 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Wade is scheduled to release from custody on December 30, 2010. At this time he has no release plan into the community, and is financially unable to afford a personal residence. He has requested this modification in order to afford him more time to save funds to secure a personal residence in Spokane, Washington.

Mr. Wade has signed the attached waiver of hearing after being advised of his right to a hearing and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 3, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob 12B
**Re: Wade, Elix Jermaine**
**December 3, 2010**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

12/3/10
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18   You shall reside in a residential reentry center (RRC) for a period of up to 60 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____   Signed: _____
            Samuel Najera                                Elix Jermaine Wade
            U.S. Probation Officer                       Probationer or Supervised Releasee

                        December 3, 2010
                              Date


RECEIVED
DEC 03 2010
CLERK, US DISTRICT COURT
YAKIMA, WASHINGTON