# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

January 4, 2011

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO **Spokane**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 5 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

The Honorable Lonny R. Suko
Chief U.S. District Court Judge
Eastern District of Washington
Yakima, WA

RE: Wade, Elix J.
Docket No.: 2:06CR06020-001
**REQUEST TO VACATE
RESIDENTIAL REENTY CENTER
(RRC) PLACEMENT**

Dear Judge Suko:

On December 3, 2010, an order modifying conditions of supervision was submitted to the Court requesting a residential reentry center (RRC) for Mr. Wade. Since that time, Mr. Wade has found an approved release address in the community which has been approved by the probation office.

Therefore, it is respectfully requested that the previous order dated December 3, 2010, be vacated so that Mr. Wade can release to the community.

Should Your Honor have any questions or require additional information please contact the undersigned.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

s/Samuel Najera          01/04/2011
Samuel Najera            Date
U.S. Probation Officer

RE: Wade, Elix J.
January 4, 2010
Page 2

APPROVED BY:

s/Gayla S. Hunt            01/04/2011
Gayla S. Hunt              Date
Supervising U.S. Probation Officer

SN/pc

THE COURT ORDERS

[ ] No Action
[X] Vacate Residential Reentry Center Placement
[ ] Other

_____
Signature of Judicial Officer

1/5/11
_____
Date